**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

RADAMES DURAN *on behalf of himself*
*and others similarly situated,*

                Plaintiff,

               -against-

ACURIAN, INC.,

                Defendant.

Case No.: 1:19-cv-07179-JMF

**NOTICE OF DISMISSAL**
**PURSUANT TO FRCP**
**41(a)(1)(A)(i)**

**PLEASE TAKE NOTICE** that the claims of Plaintiff, RADAMES DURAN, are hereby dismissed

without prejudice, in their entirety, as against Defendant, ACURIAN, INC., pursuant to Federal

Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: October 18, 2019
New York, New York

Lee Litigation Group, PLLC
148 W. 24th Street, Eighth Floor
New York, NY 10011
Phone: (212) 465-1188

*/s/ C.K. Lee*_____
C.K. Lee, Esq. (CL 4086)

The Clerk of Court is directed to close the case.
SO ORDERED:
_____
U.S.D.J.
October 23, 2019